IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JESSTARIUS DORTCH,**

    **Plaintiff,**

v.                                      Case No. 1:23-cv-253-AW-ZCB

**OFFICER HORNES,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge recommends dismissal based on Plaintiff's failure to comply with a court order. ECF No. 11. There has been no objection. It does appear that Plaintiff has abandoned this litigation. I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on February 22, 2024.

                                          s/ *Allen Winsor*
                                          United States District Judge